UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       Lionel Shaw,                : Chapter 13
                    Debtor               : Case No. 23-12827-djb

## CERTIFICATION OF DEFAULT

I, Stephen V. Bottiglieri, Esquire, attorney for Movant, Delaware County Tax Claim Bureau, certify that Debtor has defaulted upon the terms of the Stipulation of Settlement of the Motion for Relief regarding as 1218 Angora Avenue, Yeadon Borough, Delaware County, Pennsylvania bearing folio number 48-00-00047-00 at Doc. 42 and approved by this Court on May 1, 2024 at Doc. 43.

It is further certified that the attached Notice dated March 14, 2025 was served upon Debtor, the non-filing Co-Owner/Co-Debtor, and Debtor's Attorney on March 14, 2025. Subsequent to said Notice, the Debtor and Co-Owner/Co-Debtor have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the Automatic Stay with a provision, as requested in the Motion for Relief, that no future bankruptcy case filed within two years of the date of the Order will act as an automatic stay with regards to the subject property as set forth in in the attached proposed order.

                                        TOSCANI, STATHES & ZOELLER, LLC

Date: April 1, 2025              BY:  /s/Stephen V. Bottiglieri
                                        Stephen V. Bottiglieri, Esquire
                                        Attorney for Delaware County Tax Claim Bureau
                                        899 Cassatt Road, Suite 320
                                        Berwyn, PA 19312
                                        P 610-647-4901
                                        sbottiglieri@tszlegal.com

# TOSCANI, STATHES & ZOELLER, LLC
## ATTORNEYS AT LAW

THOMAS F. TOSCANI*
MATTHEW G. BATHON+
NICHOLAS W. STATHES++
ANDREW W. ZOELLER++
STEPHEN V. BOTTIGLIERI++
DANIEL P. WARD++
ROBERT A. AUCLAIR**

400 BERWYN PARK
899 CASSATT ROAD, SUITE 320
BERWYN, PA 19312

610-647-4901
FAX: 610-647-4985

*Additional Offices*

200 N. Jackson Street
Media, Pa. 19063

245 E. High Street
Elkton, MD 21921

\*   Member PA & FL Bar
\+   Member MD Bar
++ Member PA & NJ Bar
\*\* Of Counsel; Member PA, NJ & DC Bar

www.TSZLegal.com

March 14, 2025

**VIA EMAIL ONLY**
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Blvd, Ste 220
Philadelphia, PA 19102

**VIA FIRST-CLASS MAIL ONLY**
Lionel C. Shaw
1218 Angora Drive
Yeadon, PA 19050

RE:   In re: Lionel C. Shaw, Chapter 13 Case No. 23-12827-djb
      1218 Angora Avenue, Yeadon, Folio No.: 48-00-00014-00
      **Notice of Default of Stipulation of Settlement**

Dear Mr. Sadek and Mr. Shaw:

This letter is a Notice of Default for failure to pay the 2024 real estate taxes due on 1218 Angora Avenue as required by the Stipulation of Settlement resolving the Delaware County Tax Claim Bureau's Motion for Relief in the above matter. A copy of the 2024 taxes are enclosed.

To cure this default, payment of **$5,627.12** must be received by the Delaware County Tax Claim Bureau on or before **March 31, 2025. Payment by certified funds or money order should be remitted to:**

**Delaware County Tax Claim Bureau
Government Center Building
201 W. Front Street
Media, PA 19063**

If the required payment is not made, our office will certify the default with the Court as permitted by the Stipulation.

Thank you for your time and attention to this Notice of Default.

Very truly yours,

TOSCANI, STATHES & ZOELLER, LLC

BY: _____
    Stephen V. Bottiglieri

Encl.
cc:   Stephanie Tindley (w/encl.)
      Delaware County Tax Claim Bureau



**DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT**    DT520PADEL
Rev. 01/18

Delq Year: 2024   Type: ANNUAL   Cert :
Parcel No: 48-00-00047-00
Owner1 : TINDLEY STEPHANIE &   Owner2: SHAW LIONEL
Property Location : 1218 ANGORA AVE   Desc: 1 STY HSE/GAR
Date : 03/04/2025   Balance Due as of : 03/2025

### DELINQUENT REAL ESTATE TAXES

|  |  | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| COUNTY | CHG | 411.70 | 41.17 | 3.40 | 456.27 |
| ASSMT: 130740 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 411.70 | 41.17 | 3.40 | 456.27 |
| SCHOOL | CHG | 3,453.33 | 345.33 | 28.49 | 3,827.15 |
| ASSMT 130740 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 3,453.33 | 345.33 | 28.49 | 3,827.15 |
| MUNICIPALITY | CHG | 1,154.70 | 115.47 | 9.53 | 1,279.70 |
| ASSMT: 130740 | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 1,154.70 | 115.47 | 9.53 | 1,279.70 |
| COST | CHG | 64.00 | 0.00 | 0.00 | 64.00 |
|  | PAY/ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 64.00 | 0.00 | 0.00 | 64.00 |
| TOTAL | CHG | 5,083.73 | 501.97 | 41.42 | 5,627.12 |
|  | PAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | NET | 5,083.73 | 501.97 | 41.42 | 5,627.12 |

L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Lionel C. Shaw    :    Chapter 13
:
Debtor    :    Bky. No.    23-12827-djb

\* \* \* \* \* \* \*

### CERTIFICATION OF SERVICE

I, Stephen V. Bottiglieri, certify that on April 1, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 4/1/2025

Stephen V. Bottiglieri, Esq. No. 87343
Toscani, Stathes & Zoeller, LLC
899 Cassatt Road, Suite 320
Berwyn, PA 19312
(610) 647-4901
sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Lionel C. Shaw
Address: 1218 Angora Drive, Yeadon, PA 19050
Relationship of Party: Debtor
    Via:    CM/ECF    X 1st Class Mail    Certified Mail    e-mail:
        Other:

Name: Stephanie Tindley
Address: 1218 Angora Drive, Yeadon, PA 19050
Relationship of Party: Non-filing Co-Owner/Co-Debtor
    Via:    CM/ECF    X 1st Class Mail    Certified Mail    e-mail:
        Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Kenneth E. West, Esquire
Address: 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party: Chapter 13 Standing Trustee
   Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
        Other:

Name: Office of the United States Trustee
Address: Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party: United States Trustee
   Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
        Other:

Name: Brad J. Sadek, Esquire
Address: 1500 JFK Blvd, Ste 220, Philadelphia, PA 19102
Relationship of Party: Attorney for Debtor
   Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
        Other:

Name
Address
Relationship of Party
   Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail:
        Other:

Name
Address
Relationship of Party
   Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail:
        Other: