UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    LIONEL C. SHAW,    : Chapter 13
                Debtor    : Case No. 23-12827-DJB

## CERTIFICATION OF DEFAULT OF STIPULATION OF SETTLEMENT

I, Stephen V. Bottiglieri, Esquire, attorney for Movant, Delaware County Tax Claim Bureau, certify that Debtor has defaulted upon the terms of the Stipulation of Settlement of the Motion for Relief regarding 1218 Angora Avenue, Yeadon Borough, Delaware County, Pennsylvania bAearing folio number 48-00-00047-00 (Doc. 42) and approved by this Court on May 1, 2024 at Doc. 43. It is further certified that the attached notice dated September 30, 2025 was served upon Debtor and Debtor's Attorney on September 30, 2025 and the non-filing co-debtor on September 30, 2025. Subsequent to said Notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the Automatic Stay.

TOSCANI, STATHES & ZOELLER, LLC

Date: 10/28/2025    BY: _____
                                            Stephen V. Bottiglieri, Esquire
                                            Attorney for Delaware County Tax Claim Bureau
                                            899 Cassatt Road, Suite 320
                                            Berwyn, PA 19312
                                            P 610-647-4901
                                            sbottiglieri@tszlegal.com

# TOSCANI, STATHES & ZOELLER, LLC
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| THOMAS F. TOSCANI*<br>MATTHEW G. BATHON⁺<br>NICHOLAS W. STATHES⁺⁺<br>ANDREW W. ZOELLER⁺⁺<br>STEPHEN V. BOTTIGLIERI⁺⁺<br>DANIEL P. WARD⁺⁺<br>ROBERT A. AUCLAIR** | 400 BERWYN PARK<br>899 CASSATT ROAD, SUITE 320<br>BERWYN, PA 19312<br><br>610-647-4901<br>FAX: 610-647-4985 | *Additional Offices*<br>----------<br>200 N. Jackson Street<br>Media, Pa. 19063<br>----------<br>245 E. High Street<br>Elkton, MD 21921 |

```
*    Member PA & FL Bar
+    Member MD Bar
++   Member PA & NJ Bar
**   Of Counsel; Member PA, NJ & DC Bar
```

www.TSZLegal.com

September 30, 2025

**VIA EMAIL AND FIRST-CLASS MAIL**
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Blvd, Ste 220
Philadelphia, PA 19102

**VIA FIRST-CLASS MAIL ONLY**
Lionel C. Shaw
1218 Angora Drive
Yeadon, PA 19050

RE:  In re: Lionel C. Shaw, Chapter 13 Case No. 23-12827-djb
1218 Angora Avenue, Yeadon, Folio No.: 48-00-00014-00
<u>Notice of Default of Stipulation of Settlement</u>

Dear Mr. Sadek and Mr. Shaw:

This letter is a Notice of Default in consideration of the Trustee's Motion to Dismiss for Failure to Make Plan Payments which, if your case is dismissed, will be a default of the Stipulation of Settlement resolving the Delaware County Tax Claim Bureau's Motion for Relief in the above matter. This letter also serves as notice that you have failed to pay the 2025 County real estate taxes due on 1218 Angora Avenue as required by the Stipulation of Settlement A copy of the 2025 County real estate taxes are enclosed.

To cure this default, you must make your Chapter 13 plan payments and resolve the Trustee's Motion to Dismiss. You must also pay the 2025 County real estate tax as directed on the enclosed tax bill.

If the default is not cured within fourteen (14) days, our office will certify the default with the Court as permitted by the Stipulation.

Thank you for your time and attention to this Notice of Default.

Very truly yours,

TOSCANI, STATHES & ZOELLER, LLC

BY: _____
Stephen V. Bottiglieri

Encl.
cc:  Stephanie Tindley (w/encl.)
     Delaware County Tax Claim Bureau


4800000470050000496230000506360000557008

818548-000001

**COPY**   **DELAWARE COUNTY, PENNSYLVANIA - REAL ESTATE TAX BILL**   **2025**

| BILLING DATE | PROPERTY ID NUMBER | | ASSESSMENT | TAX RATE | BANK-ID |
|---|---|---|---|---|---|
| 02/01/2025 | 48-00-00047-00 | 5 | 130,740 | 3.873 | |

| DISCOUNT | | FACE | | PENALTY | |
|---|---|---|---|---|---|
| DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX |
| 04/01/2025 | $496.23 | 06/01/2025 | $506.36 | 12/31/2025 | $557.00 |

TINDLEY STEPHANIE &
SHAW LIONEL
1218 ANGORA DR
YEADON PA 19050

PROPERTY/LOCATION/DESC/SIZE

1218 ANGORA AVE
1 STY HSE/GAR
40 X 105

RETURN THIS PORTION IF RECEIPT DESIRED



^DETACH HERE^                                                                                                              ^DETACH HERE^

. IF TAXES ARE PAID BY MORTGAGE COMPANY, PLEASE FORWARD ENTIRE BILL TO COMPANY.

You may use any of the following methods for payment of Delaware County Real Estate Taxes:

1) Pay by Mail:   Use the included return envelope
                  Make check or money order payable to DELAWARE COUNTY TREASURER
                  Mail to Treasurer of Delaware County, P.O. Box 1886, Media, PA 19063
                  If a receipt is desired include ENTIRE BILL and a self-addressed stamped envelope

2) Pay In Person: Pay at the Treasurer's Office between 8:30 AM and 4:30 PM, Monday through Friday
                  Delaware County Government Center, 201 W Front St, Media, PA

3) Pay Online:    Access our website at www.DelcoPA.gov/Treasurer (convenience fee applies)

Discount, Face, and Penalty are payment periods, described below:

   Discount:   A discount of 2% has been calculated and is allowed on taxes paid
               on or before the Discount period DUE BY date.

   Face:       Taxes paid after the Discount period DUE BY date and on or before the
               Face period DUE BY date must be paid at the assessed (face) amount.

   Penalty:    Taxes paid after the Face period DUE BY date must also pay a 10% penalty. Taxes not
               paid by December 31 of the year billed will be liened to the Tax Claim Bureau.

If you should have any questions concerning your tax bill, please contact the Self Tax Collection
Office by phone at (610) 891-4278 or by email at realestatetax@co.delaware.pa.us

vDETACH HEREv                                                                                                              vDETACH HEREv

4800000470050000496230000506360000557008

**ORIGINAL**   **DELAWARE COUNTY, PENNSYLVANIA - REAL ESTATE TAX BILL**   **2025**

| BILLING DATE | PROPERTY ID NUMBER | | ASSESSMENT | TAX RATE | BANK-ID |
|---|---|---|---|---|---|
| 02/01/2025 | 48-00-00047-00 | 5 | 130,740 | 3.873 | |

| DISCOUNT | | FACE | | PENALTY | |
|---|---|---|---|---|---|
| DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX |
| 04/01/2025 | $496.23 | 06/01/2025 | $506.36 | 12/31/2025 | $557.00 |

TINDLEY STEPHANIE &
SHAW LIONEL
1218 ANGORA DR
YEADON PA 19050

PROPERTY/LOCATION/DESC/SIZE

1218 ANGORA AVE
1 STY HSE/GAR
40 X 105

RETURN THIS PORTION WITH PAYMENT



L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Lionel C. Shaw, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.   23-12827-djb |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, <u>Stephen V. Bottiglieri</u>, certify that on <u>January 23, 2025</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 10/28/2025

Stephen V. Bottiglieri, Esq. No. 87343
Toscani, Stathes & Zoeller, LLC
899 Cassatt Road, Suite 320
Berwyn, PA 19312
(610) 647-4901
sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Lionel C. Shaw
Address: 1218 Angora Drive, Yeadon, PA 19050
Relationship of Party: Debtor
   Via:    CM/ECF    X 1st Class Mail    Certified Mail    e-mail:
         Other:

Name: Stephanie Tindley
Address: 1218 Angora Drive, Yeadon, PA 19050
Relationship of Party: Non-Filing Co-Debtor/Co-Owner
   Via:    CM/ECF    X 1st Class Mail    Certified Mail    e-mail:
         Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Kenneth E. West, Esquire
Address: 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party: Chapter 13 Standing Trustee
   Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
         Other:

Name: Office of the United States Trustee
Address: Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party: United States Trustee
   Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
         Other:

Name: Brad J. Sadek, Esquire
Address: Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102
Relationship of Party: Attorney for Debtor
Via:    X CM/ECF    1st Class Mail    Certified Mail    e-mail:
Other:

   Name
   Address
   Relationship of Party
   Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail:
         Other:

   Name
   Address
   Relationship of Party
   Via:    CM/ECF    1st Class Mail    Certified Mail    e-mail:
         Other: